UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 8, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

Matthew Solitro

          v.          CASE NUMBER: CIV S-08-2089 MCE KJM

NCO Financial Systems, Inc.

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN THE AMOUNT OF $1,250 FOR PLAINTIFF MATTHEW SOLITRO IN ACCORDANCE WITH THE OFFER OF JUDGMENT DATED 9/27/08.**

    Victoria C. Minor,
    Clerk of the Court

ENTERED:   October 8, 2008

    by:_/s/NDDuong_____
    NDDuong, Deputy Clerk