Debbie P. Kirkpatrick, Esq. (SBN207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, California 92106
Telephone: (619) 758-1891
Facsimile: (619) 222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW SOLITRO, <br><br>    Plaintiff, <br><br> vs. <br><br> NCO FINANCIAL SYSTEMS, INC., <br><br>    Defendant. | Case No.  08-CV-02089-MCE-KJM <br><br> STIPULATION AND ORDER |

Plaintiff, MATTHEW SOLITRO, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about September 5, 2008. MATTHEW SOLITRO accepted NCO's Offer of Judgment on September 27, 2008.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to vacate the judgment entered by this Court and to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned

1

action be vacated pursuant to Fed. R. Civ. Pro. 60.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 11/05/08          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 11/05/08          KROHN & MOSS, LTD.

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager
Attorney for Plaintiff,
Matthew Solitro

IT IS SO ORDERED.

DATED: November 6, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com